*O. H. Smith,* for the appellants.

---

THE JEFFERSONVILLE RAILROAD COMPANY *v.* DOUGHERTY.

APPEAL from the *Bartholomew* Circuit Court.

*Friday,
June 25.*

*Per Curiam.*—The same question is raised in this case as in that of *The Indianapolis and Cincinnati Railroad Co.* v. *Townsend,* at the last term, in regard to the liability of the company for stock killed, the owner of which was not a proprietor of land, &c.; and as to that point, this case is governed by that (1).

The judgment for the plaintiff was for the value of the animal, and also for a docket-fee of five dollars. As to that amount the judgment is erroneous. If that amount, to-wit, 5 dollars, is remitted, the judgment will be affirmed; if not, it will be reversed. 8 Ind. R. 217.

*W. Herod* and *S. Stansifer,* for the appellants.

(1) *Ante,* 38.